Tom Chen (CA SBN 184843)
**HAYNES AND BOONE, LLP**
18200 Von Karman, Suite 725
Irvine, CA 92612
Tel: 949.752.7040
Fax: 949.752.7049
Email: tom.chen@ haynesboone.com

Clark S. Stone (CA SBN 202123)
Jason M. Gonder (CA SBN 257522)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, CA 95110
Tel: 408.392.9250
Fax: 408.392.9262
Email: clark.stone@haynesboone.com
       jason.gonder@ haynesboone.com

Werner A. Powers (*pro hac vice*)
R. Thaddeus Behrens (CA SBN 196322)
**HAYNES AND BOONE, LLP**
2323 Victory Ave, Suite 700
Dallas, TX 75219
Tel: 214.651.5000
Fax: 214.200.0672
E-mail: werner.powers@haynesboone.com
        thad.behrens@haynesboone.com

Attorneys for Defendants
HIGHLAND CAPITAL MANAGEMENT, L.P.
HIGHLAND CRUSADER PARTNERS, L.P.
HIGHLAND CREDIT STRATEGIES, L.P.
NEXBANK, SSB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DANZI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., a Delaware limited partnership, HIGHLAND CRUSADER PARTNERS, L.P., a Bermuda limited partnership; HIGHLAND CREDIT STRATEGIES, L.P., a Bermuda limited partnership; NEXBANK, SSB, a Texas chartered savings bank,<br>            Defendants. | **Case No.  SA CV 09-0039 CJC (RNBx)**<br><br>**NOTICE OF FIRM NAME CHANGE** |

1 | PLEASE TAKE NOTICE that effective February 1, 2009, MacPherson Kwok Chen & Heid LLP, attorneys for Defendants Highland Capital Management, L.P., Highland Crusader Partners, L.P., Highland Credit Strategies, L.P., and Nexbank, SSB, was merged with Haynes and Boone, LLP and therefore has changed its firm name to Haynes and Boone, LLP.

The email address for Tom Chen, Esq. has changed to Tom.Chen@haynesboone.com, Clark S. Stone, Esq. has changed to Clark.Stone@haynesboone.com, and the email address for Jason M. Gonder, Esq. has change to Jason.Gonder@haynesboone.com

The physical address of the firm, phone and fax numbers will remain the same.

Respectfully submitted,

DATED: February 26, 2009        Haynes and Boone, LLP

By   /s/ Clark S. Stone
     Clark S. Stone

Attorneys for DEFENDANTS
HIGHLAND CAPITAL MANAGEMENT, L.P.
HIGHLAND CRUSADER PARTNERS, L.P.
HIGHLAND CREDIT STRATEGIES, L.P.
NEXBANK, SSB

1

**NOTICE OF FIRM NAME CHANGE**                                                     **SA CV 09-0039 CJC (RNBx)**

# PROOF OF SERVICE

I, Andrea Robles, declare as follows:

I am a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 2033 Gateway Place, Suite 400, San Jose, California 95110. On the date set forth below I served:

☒ By placing such a copy enclosed in a sealed envelope, postage thereon fully prepaid, in the United States Postal Service for collection and mailing this day in accordance with ordinary business practices at Haynes and Boone, LLP.

☐ By consigning such a copy to a messenger for guaranteed hand delivery.

☐ By consigning such copy to an overnight courier for guaranteed next day delivery.

☐ By consigning such copy to a facsimile operator at fax number (408) 392-9262 for transmittal on this date to the addressee(s) listed below.

I served the above document(s) on the following persons:

**Joel S Miliband**
Rus Miliband and Smith
Von Karman Towers
2211 Michelson Drive 7th Fl
Irvine, CA 92612

**Ronald Rus**
Rus Miliband and Smith
Von Karman Towers
2211 Michelson Drive 7th Fl
Irvine, CA 92612

**M Peter Crinella**
Rus Miliband and Smith
2600 Michelson Drive, Suite 700
Irvine, CA 92612-1043

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Jose, California, on February 26, 2009.

_____
Andrea Robles