UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL R. DANZI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., a Delaware limited partnership; HIGHLAND CRUSADER PARTNERS, L.P., a Bermuda limited partnership; HIGHLAND CREDIT STRATEGIES MASTER FUND, L.P., a Bermuda limited partnership; NEXBANK, SSB, a Texas chartered savings bank, <br><br> Defendants. | CASE NO. CV 3:09-00636-M <br><br> Judge: Honorable Barbara M. G. Lynn |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant Michael R. Danzi ("Danzi"), Defendant Highland Capital Management, L.P. ("Highland Management"), and Defendants and Counterclaimants Highland Crusader Offshore Partners, L.P. ("Highland Crusader"), Highland Credit Strategies Master Fund, L.P. ("Highland Credit Strategies") and NexBank, SSB ("NexBank") hereby STIPULATE that all claims and counterclaims in the above-styled lawsuit should be and hereby are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees incurred in prosecuting and defending such claims herein.

DATED: November 2, 2009     By: _____
Ronald Rus
California Bar No. 67369
(Admitted *pro hac vice*)
rrus@rusmiliband.com
Joel S. Miliband
California Bar No. 77438
(Admitted *pro hac vice*)
jmiliband@rusmiliband.com

RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

In association with:

D. Ronald Reneker
Texas State Bar No. 16770000
rreneker@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone:   (214) 855-7564
Facsimile:   (214) 978-4384

ATTORNEYS FOR PLAINTIFF AND
COUNTERDEFENDANT
MICHAEL R. DANZI

DATED: November 2, 2009          By: _____
                                     Werner A. Powers
                                     Texas State Bar No. 16218800
                                     werner.powers@haynesboone.com
                                     R. Thaddeus Behrens
                                     State Bar No. 24029440
                                     thad.behrens@haynesboone.com
                                     Lacy M. Lawrence
                                     Texas State Bar No. 24055913
                                     lacy.lawrence@haynesboone.com
                                     Scott M. Ewing
                                     Texas State Bar No. 24065214
                                     scott.ewing@haynesboone.com

                                     HAYNES AND BOONE, LLP
                                     2323 Victory Avenue, Suite 700
                                     Dallas, Texas 75219
                                     Telephone:    (214) 651-5000
                                     Facsimile:    (214) 651-5940

                                     ATTORNEYS FOR DEFENDANTS AND
                                     COUNTERCLAIMANTS
                                     HIGHLAND CAPITAL MANAGEMENT,
                                     L.P., HIGHLAND CRUSADER
                                     OFFSHORE PARTNERS, L.P.,
                                     HIGHLAND CREDIT STRATEGIES, L.P.,
                                     AND NEXBANK, SSB

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system on the 3rd day of November, 2009.

                                             By: _____